# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL, | CASE NO. 1:10-CV-02336-AWI-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 10) |
| CALIFORNIA STATE PRISON SUBSTANCE ABUSE TREATMENT FACILITY AT CORCORAN, et al., | RESPONSE DUE WITHIN FOURTEEN DAYS |
| Defendants.    / | |

Plaintiff James Bowell ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing his complaint on December 15, 2010. On June 7, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim. Plaintiff was granted leave to file an amended complaint within thirty days from the date of service of the order. As of the date of this order, Plaintiff has not complied.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to comply with this order will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   August 12, 2011           /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1